IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY MAYES,

    Plaintiff,                             No. CIV S-05-2119 FCD KJM P

    vs.

RON HICKMAN, et al.,

    Defendants.                  ORDER

_____/

    Plaintiff has requested an extension of time to file his amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's July 7, 2006 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file his amended complaint.

DATED: August 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
maye2119.36