IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY MAYES,

    Plaintiff,                       No. CIV S-05-2119 FCD KJM P

    vs.

RON HICKMAN, et al.,

    Defendants.                ORDER

_____/

        Plaintiff has requested an extension of time to file his amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's September 21, 2006 request for an extension of time is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to file his amended complaint.

DATED:  October 4, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

1
maye2119.36(1)