IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY MAYES,

         Plaintiff,                No. CIV S-05-2119 FCD KJM P

     vs.

RON HICKMAN, et al.,

         Defendants.         <u>ORDER</u>

_____/

         Plaintiff has filed a request for an extension of time to file an amended complaint pursuant to the court's order of May 3, 2006.  Good cause appearing, the request will be granted. No further extensions of time will be granted.

         IT IS HEREBY ORDERED that:

         1.  Plaintiff's November 1, 2006 request for an extension of time is granted; and

         2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.  No further extensions of time will be granted.

DATED:   November 14, 2006.

_____
U.S. MAGISTRATE JUDGE

1/mp
maye2119.36sec