IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY MAYES,

     Plaintiff,                   No. CIV S-05-2119 FCD KJM P

    vs.

RON HICKMAN, et al.,

     Defendants.         ORDER

_____/

       Plaintiff has filed a request for an extension of time to file an amended complaint pursuant to the court's order of May 3, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

       IT IS HEREBY ORDERED that:

       1. Plaintiff's November 16, 2006 motion for an extension of time is granted; and

       2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint. No further extensions of time will be granted.

DATED: November 29, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp
maye2119.36sec(2)