IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY MAYES,

      Plaintiff,                          No. CIV S-05-2119 FCD KJM P

  vs.

RON HICKMAN, et al.,

      Defendants.                  <u>FINDINGS AND RECOMMENDATIONS</u>

/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On May 3, 2006, the court dismissed plaintiff's complaint with leave to file an amended complaint. Plaintiff was granted extensions of time to file his amended complaint on June 6, 2006, August 30, 2006, October 5, 2006 and November 30, 2006. In the November 30, 2006 order, plaintiff was informed that no further extensions of time would be granted. Plaintiff still has not filed his amended complaint and has not provided any legitimate justification for the granting of another extension of time.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).

DATED: February 13, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
maye2119.frs