IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY MAYES,

        Plaintiff,                    No. CIV S-05-2119 FCD KJM P

   vs.

RON HICKMAN, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed a request for an extension of time to file his objections to the February 14, 2007 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's March 14, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the February 14, 2007 findings and recommendations.

DATED: April 26, 2007.

_____
U.S. MAGISTRATE JUDGE

/bb
maye2119.36(2)